```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                                                    Case No. 12-cr-55-PB

**Omar K. Patterson**

## O R D E R

The defendant has moved to continue the July 10, 2012 trial in the above case, citing the need for additional time to complete discovery and prepare for trial. The government does not object to a continuance of the trial date.

Accordingly, for the above reason and in order to allow the parties additional time to properly prepare for trial, the court will continue the trial from July 10, 2012 to October 2, 2012. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The June 27, 2012 final pretrial conference is continued to September 24, 2012 at 4:00 p.m. No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

May 16, 2012

cc: R. Brian Snow, Esq.
William F. Morse, Esq.
United States Marshal
United States Probation