**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**


**United States of America**

    **v.**                                                      Case No. 12-cr-55-PB

**Omar Patterson**


**O R D E R**


The defendant has moved to continue the October 5, 2012 trial in the above case, citing a scheduling conflict with his attorney's availability for trial.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from October 2, 2012 to November 6, 2012.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The September 24, 2012 final pretrial conference is continued to October 29, 2012 at 4:00 p.m.  No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

June 20, 2012

cc: R. Brian Snow, Esq.
    William E. Morse, Esq.
    United States Marshal
    United States Probation